HEATHER E. WILLIAMS, Bar #122664
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
MARIO FLORES-PINEDA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>    v.<br><br>MARIO FLORES-PINEDA,<br><br>             Defendant. | No.  Cr. S 12-293 JAM<br><br>**STIPULATED MOTION AND ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)**<br><br>RETROACTIVE DRUGS-MINUS-TWO REDUCTION CASE<br><br>Judge:  Honorable JOHN A. MENDEZ |

Defendant, MARIO FLORES-PINEDA by and through his attorney, Assistant Federal Defender David M. Porter, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Jason Hitt, hereby stipulate as follows:

1.     Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o);

2.     On August 13, 2013, this Court sentenced Mr. Flores-Pineda to a term of 46 months imprisonment;

3.     His total offense level was 23, his criminal history category was I, and the resulting guideline range was 46 to 57 months;

4. The sentencing range applicable to Mr. Flores-Pineda was subsequently lowered by the United States Sentencing Commission in Amendment 782, made retroactive on July 18, 2014, see 79 Fed. Reg. 44,973;

5. Mr. Flores-Pineda's total offense level has been reduced from 23 to 21, and his amended guideline range is 37 to 46 months;

6. Accordingly, the parties request the Court enter the order lodged herewith reducing Mr. Flores-Pineda's term of imprisonment to 37 months.

Respectfully submitted,

Dated:  March 2, 2015                                        Dated:   March 2, 2015

BENJAMIN B. WAGNER                                 HEATHER E. WILLIAMS
United States Attorney                                       Federal Defender


 /s/ *Jason Hitt*                                                    /s/ *David M. Porter*
JASON HITT                                                      DAVID M. PORTER
Assistant U.S. Attorney                                     Assistant Federal Defender

Attorney for Plaintiff                                          Attorney for Defendant
UNITED STATES OF AMERICA                     MARIO FLORES-PINEDA

**ORDER**

This matter came before the Court on the stipulated motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

The parties agree, and the Court finds, that Mr. Flores-Pineda is entitled to the benefit Amendment 782, which reduces the total offense level from 23 to 21, resulting in an amended guideline range of 37 to 46 months.

IT IS HEREBY ORDERED that the term of imprisonment imposed in August 2013 is reduced to a term of 37 months.

IT IS FURTHER ORDERED that all other terms and provisions of the original judgment remain in effect.  The clerk shall forthwith prepare an amended judgment reflecting the above reduction in sentence, and shall serve certified copies of the amended judgment on the United States Bureau of Prisons and the United States Probation Office.

1      Unless otherwise ordered, Mr. Flores-Pineda shall report to the United States Probation Office within seventy-two hours after his release.

Dated:   March 3, 2015

                           /s/ John A. Mendez  
                           UNITED STATES DISTRICT COURT JUDGE