# UNITED STATES DISTRICT COURT
### for the
Eastern District of California

| | |
|---|---|
| United States of America | ) |
| v. | ) Case No: 2:12cr293 -01 |
| | ) |
| MARIO FLORES-PINEDA | ) USM No: 69031-097 |
| | ) |
| Date of Original Judgment: 8/13/2013 | ) |
| Date of Previous Amended Judgment: | ) DAVID M. PORTER, AFD |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☐ DENIED.    ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____46_____ months **is reduced to** _____37 months_____ .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated _____8/15/2013_____ shall remain in effect.
**IT IS SO ORDERED.**

| | |
|---|---|
| Order Date: 3/ 6 /2015 | /s/ John A. Mendez |
| | *Judge's signature* |
| Effective Date: 11/1/2015 | John A. Mendez, U. S. District Court Judge |
| *(if different from order date)* | *Printed name and title* |